**SO ORDERED.**

**SIGNED this 18th day of July, 2018.**




_____
UNITED STATES BANKRUPTCY JUDGE

```
         IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                    GREENSBORO DIVISION
```

```
In the Matter of:            )    Case No.:
                             )
DANIEL WAYNE COTTRILL and    )    B-11-10604
KAREN KRISTINE COTTRILL,     )
         Debtors.            )
```

### ORDER ALLOWING RE-OPENING OF CASE

   THIS MATTER came before the Court for hearing on July 17, 2018, on that Motion by the Debtors to have their Chapter 13 case re-opened.  All interested parties having received proper notice, appearing at the hearing were Daniel L. Hawkins, Esq., for the Debtors, Anita Jo Kinlaw Troxler, former Chapter 13 Trustee ("Trustee") and Sarah Bruce for the Bankruptcy Administrator.  Having considered the Motion and other matters of record in this case, the Court finds and concludes that there is sufficient cause to grant the relief requested in the Motion; therefore, it is ordered as follows:

   1. That said Chapter 13 case shall be, and hereby is, re-opened; and

   2. That Anita Jo Kinlaw Troxler shall be, and hereby is, re-appointed Trustee in said case.

                     END OF DOCUMENT

**PARTIES TO BE SERVED**
**B-11-10604**

Anita Jo Kinlaw Troxler
Chapter 13 Office
P.O. Box 1720
Greensboro, NC  27402-1720

US Bankruptcy Administrator
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC  27401

Daniel L. Hawkins
Attorney for Debtors
P.O. Box 1379
Graham, NC  27253

Mr. and Mrs. Daniel Cottrill
3373 Garden Road
Burlington, NC  27215